RECEIVED

DEC 0 7 2021

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 3:21-cr-127 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| RONALD LEE ROBI, | ) | T. 18 U.S.C. § 922(g)(1) |
| | ) | T. 18 U.S.C. § 922(g)(9) |
| Defendant. | ) | T. 18 U.S.C. § 924(a)(2) |
| | ) | T. 18 U.S.C. § 924(d) |
| | ) | T. 18 U.S.C. § 3147 |
| | ) | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Felon in Possession of Firearms)

On or about June 1, 2021, in the Southern District of Iowa, the defendant, RONALD LEE ROBI, in and affecting commerce, knowingly possessed firearms, namely: a Staccato, nine-millimeter pistol, with serial number P211827, and a Staccato, nine-millimeter pistol, with serial number P212464. At the time of the offense, RONALD LEE ROBI knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1), 922(g)(9), and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 2
### (Felon in Possession of a Firearm and Ammunition)

On or about June 7, 2021, in the Southern District of Iowa, the defendant, RONALD LEE ROBI, in and affecting commerce, knowingly possessed a firearm and

ammunition, namely: a Savage Arms, Model 110, .338 caliber rifle, with serial number N925170; and Lapua .338 caliber ammunition. At the time of the offense, RONALD LEE ROBI knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1), 922(g)(9), and 924(a)(2).

**THE GRAND JURY FINDS:**

**NOTICE OF PENALTY PURSUANT TO 18 U.S.C. 3147**

That at the time of offenses listed in Counts 1 and 2, the defendant, RONALD LEE ROBI, was on release pursuant to an order dated September 21, 2018, from the United States District Court for the Southern District of Texas, case number 1:18-cr-00545, which order prohibited RONALD LEE ROBI from violating any federal law while on release and notified RONALD LEE ROBI of the potential effect of committing an offense while on pretrial release.

This is a violation of Title 18, United States Code, Section 3147.

**THE GRAND JURY FURTHER FINDS:**

**NOTICE OF FORFEITURE**

That upon conviction for the offense alleged in Count 1 of this Indictment, the defendant, RONALD LEE ROBI, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said

offense, including, but not limited to, the firearms and ammunition identified in Counts 1 and 2 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Will R. Ripley
Assistant United States Attorney